IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JARED TESS,

    Plaintiff,

v.

                                          Case No. 20-C-770

ANDREW SAUL,
Commissioner for Social Security,

    Defendant.

# O R D E R

This matter is before the Court on Defendant's Motion to Enter Judgment, and Remand the Commissioner's Decision for Further Administrative Proceedings, and the Court being duly advised, now grants the motion.

IT IS HEREBY ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary, provide Plaintiff with a new hearing, issue a de novo decision that reevaluates the residual functional capacity and medical opinions, and following the sequential evaluation process, determine whether Plaintiff is disabled.

Dated at Green Bay, Wisconsin, this 22nd day of February, 2021.

                                            BY THE COURT:

                                            s/ William C. Griesbach
                                            WILLIAM C. GRIESBACH
                                            United States District Judge